No. 3,637.—C. L. HALVERSON, RESPONDENT, *v.* CHAS. GREENWOOD ET AL., APPELLANTS.

*Appeal from District Court of Chouteau County.*

Decided March 9, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeal herein for laches is, after due consideration by the court, granted and the appeal is dismissed accordingly.

*Mr. E. D. Harnden,* for Respondent.

---

No. 3,618.—STATE EX REL. JOSEPH J. CARROLL, GUARDIAN, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari* to the District Court of Lewis and Clark County, and J. M. Clements, a Judge thereof.

Decided February 4, 1915.

PER CURIAM.—This matter coming on regularly for final determination upon the evidence adduced at the hearing heretofore had in the matter of contempt, the court finds Anna E. Nett guilty of disobedience of the stay order issued herein, and imposes a fine of $25.00, she to stand committed to the county jail of Lewis and Clark county until said fine be paid. In the matter of the writ of *certiorari* issued herein, it is ordered that the writ be set aside and the proceedings dismissed.

*Messrs. Galen & Mettler,* for Relator.

*Mr. Wellington D. Rankin,* for Respondents.